UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO.   20-cr-10193-DJC |
| ) | |
| (1) ANDREW LUNN, ) | |
| (2) ANTHONY ELWELL, ) | |
| (3) MARK DAILEANES, and ) | |
| (4) WILLIAM VELEZ ) | |
| ) | |
| Defendants ) | |

**JOINT STATUS REPORT AND**
**MOTION FOR ORDER OF EXCLUDABLE DELAY**

Defendants Andrew Lunn, Anthony Elwell, and Mark Daileanes were indicted on September 15, 2020 with conspiracy to distribute and possession with intent to distribute 50 grams or more of methamphetamine (Count One), as well as one count of distribution and possession with intent to distribute 50 grams or more of methamphetamine, and aiding and abetting (Count 3).  Defendant Lunn was also charged with three additional counts of distribution and possession with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine (Counts Two, Four, and Five).  Defendant Lunn was arrested on September 23, 2020.  Defendant Elwell was arrested on September 30, 2020.  Defendant Daileanes was arrested on December 3, 2020.  Defendant Elwell has been in custody since his arrest, while Defendants Lunn and Daileanes were released on conditions.

On March 16, 2021, a federal grand jury sitting in Boston, Massachusetts returned a superseding indictment, adding defendant William Velez to Count One, charging conspiracy to distribute and to possess with intent to distribute 50 grams or more of methamphetamine. Defendant Velez was arrested on March 23, 2021.  On April 9, 2021, the Court ordered defendant

1

Velez detained pending trial.

On May 5, 2021, a federal grand jury sitting in Boston, Massachusetts returned a Second Superseding Indictment, which revised Counts Two, Four, and Five to charge distribution and possession with intent to distribute 50 grams or more of methamphetamine. In addition, the Second Superseding Indictment included allegations related to prior serious drug felony convictions for Defendant Elwell.

On July 13, 2021, the Court appointed new counsel to represent Defendant Elwell, and the government subsequently provided all previously produced discovery to successor counsel. On November 4, 2021, Defendant Elwell filed a motion to dismiss his appointed attorney and for the Court to appoint a new attorney. *See* Dkt. 114. The Court set a hearing on Defendant Elwell's motion for a new attorney for November 18, 2021. *See* Dkt. 115. On November 11, 2021, Defendant Lunn filed a motion for a Rule 11 hearing. *See* Dkt. 116.

Pursuant to Local Rule 116.5(c), the government submits the following joint status report.

**1. Automatic Discovery and Discovery Requests**

The government has provided all automatic discovery. The defendants have not made any discovery requests at this time.

**2. Pretrial Motions**

The defendants have not filed any pretrial motions under Fed. R. Crim. P. 12(b). The defendants reserve the right to file pretrial motions by the date set for filing such motions by the Court.

**3. Excludable Delay**

Zero days of non-excludable time have accrued.

### 4. Plea Discussions and Estimated Length of Trial

The government has engaged in plea discussions with counsel for the defendants. Defendant Lunn has filed a motion for a Rule 11 hearing. At this time, the parties anticipate that additional defendants will request Rule 11 hearings. Any trial in this case is expected to last approximately one week.

### 5. Request to be Transferred to the District Court

The case is currently scheduled for a Final Status Conference on November 18, 2021, as well as for a hearing on Defendant Elwell's motion for appointment of new counsel. If the Court does not appoint new counsel for Defendant Elwell, the case is ready to be referred to the district court judge for a pre-trial conference. Alternatively, if the Court appoints new counsel for Defendant Elwell, that counsel will need time to review the discovery and a further status conference would be necessary. Based on the foregoing, the parties request that the status conference set for November 18, 2021 be cancelled as to Defendants Lunn, Daileanes, and Velez. Additionally, the parties hereby move for an Order designating the period from November 18, 2021 through the date set for either the final status conference before this Court or the date set for the pre-trial conference before the district court as excludable delay pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), on the grounds that the ends of justice served in the delay outweigh the best interests of the public and the defendants in a speedy trial.

DATED: November 12, 2021               Respectfully submitted,

                                       NATHANIEL R. MENDELL
                                       Acting United States Attorney

                           By:    /s/ Alathea E. Porter
                                  Alathea E. Porter
                                  Assistant U.S. Attorney

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 12, 2021, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                            */s/ Alathea E. Porter*
                                            Alathea E. Porter
                                            Assistant U.S. Attorney